UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HOLLY A. NEILL, an individual; CORI MULSOFF, an individual; BRENDA JONES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ALL PRIDE FITNESS OF WASHOUGAL, LLC, a Washington Limited Liability Corporation; CHINDIANAOPLIS, a Washington Limited Liability Corporation; NILE PLOUFFE, an individual,<br><br>Defendants. | Case No. C08-5424RJB<br><br>PROCEDURAL ORDER |

This matter comes before the Court on *sua sponte*.

The Court received information that the Defendant Nile Plouffe has filed for bankruptcy protection (See U.S. Bankruptcy Court for the Western District of Washington, #09-45189.) Clarification of the status of this District Court case is appropriate. The Court therefore makes the following **ORDER**; which shall govern procedure in the absence of further order:

1) This case is stayed pursuant to 11 U.S.C. § 362 as to Nile Plouffe only.

2) The case will proceed as to the remaining defendants under the schedule previously set with trial to commence on 5 October 2009.

ORDER - 1

1    3) The Defendant Plouffe remains a witness, and is not excused from discovery and testifying
2 as a Fed. R. Civ. P. 30(b)(6) designee of other defendants, and as an ordinary witness in the case.
3    4) If the events of the bankruptcy filing disrupted the discovery plan, the discovery period
4 should be extended to allow for completion of only such discovery as was disrupted.
5    5) The Court will continue to rule on pending motions as they become ripe for decision, and
6 will continue its trial planning.
7    It is so ordered.
8    The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of
9 record and to any party appearing *pro se* at said party's last known address.
10    DATED this 4th day of August, 2009.

Robert J Bryan
United States District Judge

ORDER - 2