UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HOLLY A. NEILL, an individual; CORI MULSOFF, an individual; BRENDA JONES, an individual,

Plaintiffs,

v.

ALL PRIDE FITNESS OF WASHOUGAL, LLC, a Washington Limited Liability Corporation; CHINDIANAOPLIS, a Washington Limited Liability Corporation;

Defendants.

Case No. C08-5424RJB

ORDER DENYING DEFENDANT CHINDIANAPOLIS LLC'S MOTION FOR CR 35 EXAMINATIONS OF PLAINTIFFS HOLLY NEILL, CORI MUSOFF AND BRENDA JONES

This matter comes before the Court on the above-referenced motion (Dkt. 146). The court is familiar with the records and files herein and all documents filed in support of and in opposition to the motion.

The shorthand answer to this motion is that the court agrees with the plaintiffs' position with regard to this motion as set forth in the plaintiffs' response thereto (Dkt. 162). The proposed Surreply is unnecessary. Therefore, it is now

ORDERED that defendant Chindianapolis LLC's Motion for CR 35 Examination of Plaintiffs Holly Neill, Cory Mulsoff and Brenda Jones is DENIED.

ORDER - 1

1    The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of
2  record and to any party appearing *pro se* at said party's last known address.
3    DATED this 11th day of August, 2009.

*Robert J Bryan*
Robert J Bryan
United States District Judge

ORDER - 2